Rhonda Walker Esq.  SBN No. 175108
Attorney at Law
600 W Santa Ana Blvd. Suite 115B
Santa Ana, CA 92701
626-577-7322
Rwalker_law@yahoo.com

Attorney for Plaintiffs
MIKE AND SHELLEY REYES

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

|  |  |
|---|---|
| MIKE REYES AND SHELLEY R. REYES, <br><br> PLAINTIFFS, <br><br> V. <br><br> NEWREZ C/O PHH MORTGAGE SERVICES; GATEWAY BUSINESS BANK DBA MISSION HILLS MORTGAGE BANKERS AS LENDER MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., A CALIFORNIA CORPORATION; HSBC BANK USA, N.A. C/O WESTERN PROGRESSIVE, LLC; AND DOES 1 THROUGH 100, INCLUSIVE, <br><br> DEFENDANTS. | **Case No.  5:25-cv-02727-DOC-E** <br><br> **ORDER DISMISSING ACTION [24]** |

Pursuant to the parties' Stipulation for Dismissal under Federal Rule of Civil Procedure 41(a) and good cause appearing,

IT IS HEREBY ORDERED that this action is dismissed with prejudice.  Each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: __May 21, 2026__



HON. DAVID. O. CARTER
UNITED STATES DISTRICT JUDGE

**ORDER DISMISSING ACTION**